# **EXHIBIT 7**



Sarah Mirando <sarah.mirando@topclassactions.com>

# 3M Ear Plug Campaign
5 messages

**Courtney Jorstad** <courtney@topclassactions.com>   Thu, Jan 24, 2019 at 6:57 AM
To: "Rihn, Aaron" <arihn@peircelaw.com>
Cc: Scott Hardy <scott.hardy@topclassactions.com>, Steve Williams <steve@topclassactions.com>, Sarah Mirando <sarah.mirando@topclassactions.com>

Hi Aaron,

We've moved our 3M Ear Plug campaign to you: https://topclassactions.com/lawsuit-settlements/military/870889-3m-ear-plugs-class-action-lawsuit-investigation-into-military-hearing-loss-tinnitus/

We have submissions going to: arihn@peircelaw.com

Let me know if you want to make any changes or if there is anyone else you would like to add.


Warm Regards,

_____

**Courtney Jorstad**
Editor in Chief
**Top Class Actions LLC**
Office: 480-428-8967 or Toll Free 1-855-4-PLAINTIFF (1-855-475-2468) Ext. 704

**Courtney Jorstad** <courtney@topclassactions.com>   Thu, Jan 24, 2019 at 9:02 AM
To: "Rihn, Aaron" <arihn@peircelaw.com>
Cc: Scott Hardy <scott.hardy@topclassactions.com>, Steve Williams <steve@topclassactions.com>, Sarah Mirando <sarah.mirando@topclassactions.com>

Hi Aaron,

A spreadsheet of all the unworked leads for this campaign is attached.

Let us know if there's anything else you need.

Thanks!

[Quoted text hidden]
--
[Quoted text hidden]

📎 **3M Ear Plug Leads.xlsx**
15K

**Rihn, Aaron** <arihn@peircelaw.com>   Thu, Jan 24, 2019 at 9:09 AM
To: Courtney Jorstad <courtney@topclassactions.com>
Cc: Scott Hardy <scott.hardy@topclassactions.com>, Steve Williams <steve@topclassactions.com>, Sarah Mirando <sarah.mirando@topclassactions.com>

Do these duplicate some of the emails I already got or are they completely separate?

[Quoted text hidden]

TCA-3M000015

**Rihn, Aaron** <arihn@peircelaw.com>   Thu, Jan 24, 2019 at 9:24 AM
To: Courtney Jorstad <courtney@topclassactions.com>
Cc: Scott Hardy <scott.hardy@topclassactions.com>, Steve Williams <steve@topclassactions.com>, Sarah Mirando <sarah.mirando@topclassactions.com>, "Daley, Danielle" <DDaley@peircelaw.com>, "Ciardi, Emme" <eciardi@peircelaw.com>

Courtney, could you please and Danielle and Emme to the distributions?

**From:** Courtney Jorstad <courtney@topclassactions.com>
**Sent:** Thursday, January 24, 2019 12:02 PM
**To:** Rihn, Aaron <arihn@peircelaw.com>
**Cc:** Scott Hardy <scott.hardy@topclassactions.com>; Steve Williams <steve@topclassactions.com>; Sarah Mirando <sarah.mirando@topclassactions.com>
**Subject:** Re: 3M Ear Plug Campaign

Hi Aaron,

[Quoted text hidden]
[Quoted text hidden]

---

**Courtney Jorstad** <courtney@topclassactions.com>   Thu, Jan 24, 2019 at 9:31 AM
To: "Rihn, Aaron" <arihn@peircelaw.com>
Cc: Scott Hardy <scott.hardy@topclassactions.com>, Steve Williams <steve@topclassactions.com>, Sarah Mirando <sarah.mirando@topclassactions.com>, "Daley, Danielle" <DDaley@peircelaw.com>, "Ciardi, Emme" <eciardi@peircelaw.com>

There may be a handful of duplicates from this morning. It's everything from 4:30 PM yesterday through this morning when I pulled the spreadsheet.

Danielle and Emme have been added.

We now have submissions going to: arihn@peircelaw.com, DDaley@peircelaw.com, eciardi@peircelaw.com

Let me know if there's anything else you need.

Thanks!

[Quoted text hidden]

TCA-3M000016