# **EXHIBIT 10**

**Top Class Actions Privilege Log**

**In Re 3M Combat Arms Earplug Products Liability Litigation**

**U.S.D.C. N. D. Fla. 3:19md2885**

| Bates | Date | To/From | CC | Description | Reason for Redaction |
|---|---|---|---|---|---|
| TCA 3M REDACTED 000012 | Feb. 26, 2019 | S. Hardy D. Levin A. Rihn | C. Jorstad S. Mirando | Email thread requesting attorney opinion on inclusion of particular client in MDL | Attorney work product |
| TCA 3M REDACTED 000014-15 | Feb. 26, 2019 | A. Rihn S. Hardy D Levin | C. Jorstad S. Mirando | Email thread regarding attorney opinion on inclusion of particular client in MDL | Attorney work product |
| TCA 3M REDACTED 000015-16 | May 6, 2019 | D. Daley C. Jorstad | | Email thread regarding a particular client re inclusion in MDL | Attorney work product/Client confidentiality |
| TCA 3M REDACTED 000017 | May 7, 2019 | C. Jorstad M. Ethridge | | Email thread regarding a particular client re inclusion in MDL | Client confidentiality |
| TCA 3M REDACTED 000018 | Feb, 28, 2019 | M. Ethridge C. Jorstad | | Email thread regarding a particular client re inclusion in MDL | Client confidentiality |
| TCA 3M REDACTED 000018 | Feb. 27, 2019 | M. Ethridge C. Jorstad | | Email thread regarding a particular client re inclusion in MDL | Client confidentiality |
| TCA 3M REDACTED 000018 | May 7, 2019 | C. Jorstad D. Saley | | Email thread regarding a particular client re inclusion in MDL | Client confidentiality |
| TCA 3M REDACTED 000019 | May 13, 2019 | D. Daley C. Jorstad | | Email thread regarding contact information about a client | Client confidentiality |

| | | | | | |
|---|---|---|---|---|---|
| TCA 3M REDACTED 000020 | May 14, 2019 | M. Ethridge C. Jorstad | | Email thread regarding contact information about a client | Client confidentiality |
| TCA 3M REDACTED 000021 | May 15, 2019 | C. Jorstad D. Daley | | Email thread regarding contact information about a client | Client confidentiality |
| TCA 3M REDACTED 000023 | May 22, 2019 | A. Rihn S. Hardy | S. Williams C. Jorstad | Email thread regarding strategy relating to pursuing MDL cases | Attorney work product |
| TCA 3M REDACTED 000024 | May 24, 2019 | S. Hardy A. Rihn | C. Jorstad S. Williams | Email thread regarding strategy relating to pursuing MDL cases | Attorney work product |
| TCA 3M REDACTED 000033 | Nov. 6, 2019 | D. Daley D. Jorstad | | Email thread regarding contact information about a client | Client confidentiality |
| TCA 3M REDACTED 000034 | Mar. 22, 2019 | D. Frohock D. Daley | | Email thread regarding contact information about a client | Client confidentiality |
| TCA 3M REDACTED 000035 | Nov. 7, 2019 | C.Jorstad D. Daley | | Email thread regarding contact information about a client | Client confidentiality |
| TCA 3M REDACTED 000046 | Jan. 2, 2019 | W. Barfield S. Williams S. Mirando | D. Worley S. Hardy C. Jorstad | Email thread regarding attorney's rationale for requesting specific information | Attorney work product |
| TCA 3M REDACTED 000047 | Jan. 2, 2019 | S. Mirando W. Barfield | S. Williams D. Worley S. Hardy D. Jorstad | Email with questions regarding potential clients for lawsuit | Attorney work product |

| TCA 3M REDACTED 000049 | Jan. 10, 2019 | D. Worley S. Hardy | W. Barfield C. Jorstad S. Mirando | Email regarding attorney's impressions about a particular course of action in pursuing the case | Attorney work product |
|---|---|---|---|---|---|
| TCA 3M REDACTED 000051 | Jan. 2, 2019 | S. Mirando W. Barfield | | Email with questions regarding potential clients for lawsuit | Attorney work product |
| TCA 3M REDACTED 000051 | Jan. 2, 2019 | W. Barfield | | Email thread regarding attorney's rationale for requesting specific information | Attorney work product |
| TCA 3M REDACTED 000052 | Dec. 28, 2018 | S. Mirando | | Email with questions regarding potential clients for lawsuit | Attorney work product |