# **EXHIBIT 11**

3/19/2020    Top Class Actions LLC Mail - Re: TCA: 3M Earplug Campaign



Sarah Mirando <sarah.mirando@topclassactions.com>

## Re: TCA: 3M Earplug Campaign
1 message

**Courtney Jorstad** <courtney@topclassactions.com>　　　　　　　　　　　Mon, Jan 27, 2020 at 8:46 AM
To: "Megan T. Arvola" <marvola@gorilaw.com>
Cc: Evan Buxner <evan@gorilaw.com>, Emily Thatcher <emily@gorilaw.com>, "Michael G. Ginos" <mginos@gorilaw.com>, "Debbie S. Schumacher" <dschumacher@gorilaw.com>, Mike Glynn <mike@topclassactions.com>, Scott Hardy <scott.hardy@topclassactions.com>, Steve Williams <steve@topclassactions.com>, Sarah Mirando <sarah.mirando@topclassactions.com>

Great! The campaign is live: https://topclassactions.com/lawsuit-settlements/military/870889-3m-ear-plugs-class-action-lawsuit-investigation-into-military-hearing-loss-tinnitus/

We have submissions going to: IVC_group@gorilaw.com

Mike will follow up in about a week to make sure you are receiving quality leads, but we make changes at any time. You can also let Mike know if you need a spreadsheet of submissions. You will receive one every Monday, but if you need one before that, just let him know.

Don't hesitate to ask if you have any questions.

Thanks!


On Mon, Jan 27, 2020 at 8:37 AM Megan T. Arvola <marvola@gorilaw.com> wrote:

> Yes- thanks
>
> **Megan (Myers) Arvola, Attorney**
>
> **The Gori Law Firm**
>
> **156 N. Main St.**
>
> **Edwardsville, IL  62025**
>
> **Ph: 618/659-9833**
>
> **Fax: 618/659-9834**



> NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed.  This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  Unless you are the intended recipient, any copying, use or dissemination of the message is strictly prohibited.  If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

**From:** Evan Buxner <evan@gorilaw.com>
**Sent:** Monday, January 27, 2020 10:30 AM
**To:** Courtney Jorstad <courtney@topclassactions.com>
**Cc:** Emily Thatcher <emily@gorilaw.com>; Michael G. Ginos <mginos@gorilaw.com>; Debbie S. Schumacher <dschumacher@gorilaw.com>; Megan T. Arvola <marvola@gorilaw.com>; Mike Glynn <mike@topclassactions.com>; Scott Hardy <scott.hardy@topclassactions.com>
**Subject:** Re: TCA: 3M Earplug Campaign

I think we are good, Megan?

> On Jan 27, 2020, at 11:24 AM, Courtney Jorstad <courtney@topclassactions.com> wrote:
>
> Hi,
>
> All the requested changes have been made to this campaign: https://topclassactions.com/lawsuit-settlements/military/870889-3m-ear-plugs-class-action-lawsuit-investigation-into-military-hearing-loss-tinnitus/
>
> - Date range has been changed to 2003-2015
> - Campaign broadened to include any military member during those years (not just those who served in Iraq or Afghanistan).
>
> We have submissions going to:  IVC_group@gorilaw.com
>
> Let me know if there are any other changes you would like to make.
>
> I will make it live with your approval.
>
>
> Warm Regards,
>
> _____
>
> **Courtney Jorstad**
>
> Editor in Chief

> Top Class Actions LLC
>
> Office: 480-428-8967 or Toll Free 1-855-4-PLAINTIFF (1-855-475-2468) Ext. 704
>
> Mobile: 949-310-7456

--
Warm Regards,

_____
**Courtney Jorstad**
Editor in Chief
Top Class Actions LLC
Office: 480-428-8967 or Toll Free 1-855-4-PLAINTIFF (1-855-475-2468) Ext. 704
Mobile: 949-310-7456

TCA-3M000021