# **EXHIBIT 12**



**Courtney Jorstad <courtney@topclassactions.com>**

## 3M Earplug Investigation scheduled to end on 7/25
1 message

**Steve Williams** <steve@topclassactions.com>   Mon, Jul 22, 2019 at 8:46 AM
To: "Rihn, Aaron" <arihn@peircelaw.com>
Cc: Scott Hardy <scott.hardy@topclassactions.com>, Sarah Mirando <sarah.mirando@topclassactions.com>, Courtney Jorstad <courtney@topclassactions.com>

Aaron,
Hope all is well and I'm looking forward to catching up at AAJ. I writing to let you know that the 3M Combat Earplug investigation is scheduled to expire on 7/25. It has generated 169 leads since 6/25 and we are wondering if you are going to renew. The renewal rate is $10,000 for another month. Please let me know.

Thank you,
Steve


Steve Williams
Vice President of Strategy
Top Class Actions LLC
Mobile: (424) 350-9698



Top Class Actions
Connecting consumers to settlements, lawsuits and lawyers.
http://www.TopClassActions.com
LOVE - TRUST - INTEGRITY - CONTINUOUS IMPROVEMENT

CONFIDENTIALITY: This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose, or store or copy the information in any medium.