Amy M. Wilkins (SBN 022762)
Laura C. Brosh (SBN 031486)
THE WILKINS LAW FIRM, PLLC
3300 N. Central Ave., Ste. 2600
Phoenix, AZ  85012
Tel:  602-795-0789
awilkins@wilkinslaw.net
lbrosh@wilkinslaw.net

Attorneys for Top Class Action

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG LIABILITY LITIGATION | Case No. 2:20-MC-00031-MTL  **DECLARATION OF STEVE WILLIAMS** |
| NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION | |

I, Steve Williams, declare as follows:

1. I am the Chief Operations Officer of Top Class Actions, LLC. I have personal knowledge of the matters in this declaration and could, if asked, testify competently thereto.

2. Top Class Actions has a website located at http://www.topclassactions.com that provides information, among other things, about class actions, class action settlements, and class action investigations.

3. The Top Class Actions website has web pages with articles that are paid attorney advertising. Not all articles or web pages on the web site are paid attorney advertising. The ones that are paid attorney advertising are identified as paid attorney advertising, and that content is reviewed by attorneys.

4. TCA works with the lawyers who are bringing a lawsuit to determine the content for the advertising campaign. The lawyers share their thoughts on the lawsuit, the information they believe potential plaintiffs might need, and other thoughts, opinions, and mental impressions about the content of the campaign.

5. TCA and its writers exchange drafts of the advertising material with the lawyers supervising the advertising, and the lawyers provide suggestions, mental impressions, opinions, and comments on the material based on their knowledge of the strategy for the lawsuit.

6. TCA keeps the information exchanged with law firms about their marketing campaigns confidential.

7. On some of its web pages, TCA provides forms for potential plaintiffs or class members to fill out so that those putative class members or plaintiffs may connect with lawyers.

8. TCA was engaged by a client law firm to promote the 3M Ear Plug class action investigation. TCA had several articles on its website about the investigation with forms that web site user could fill out.

9. When a user inputs information on the form and clicks "submit," the information on the form is transmitted directly to the law firm sponsoring the advertising.

10. TCA keeps a copy of the information submitted on the form in a database. The information is kept confidential. TCA keeps the information for the sole purpose of communicating about the advertising with the law firms. For example, if a law firm had questions about the number of submissions received on a form on a particular article, TCA could refer to its database.

11. TCA does not review the content of the form submissions for any purpose other than assisting the law firm with its marketing.

I declare under penalty of perjury that the foregoing is true and correct.

1 | Dated: July 9, 2020          By: _____
                                                              Steve Williams

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, I electronically transmitted the foregoing document to the Clerk of the U.S. District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case. I further certify that on July 9, 2020, I emailed and mailed a copy of the foregoing document to:

Tabitha De Paulo
Kirkand & Ellis
609 Main Street
Houston, TX 77002
Tabitha.depaulo@kirkland.com
*Attorney for Plaintiff*

By /s/_____