**TOP CLASS ACTIONS**
CONNECTING CONSUMERS TO SETTLEMENTS, LAWSUITS & ATTORNEYS

Settlements   Investigations   News   •••    

## 3M Ear Plugs Were Defective, Claim Servicemembers

FOLLOW ARTICLE    7    1    3   •••

By Brigette Honaker
January 4, 2020



**Veterans of the armed services who suffer from hearing loss** blame 3M ear plugs, and continue to take their cases to court.

Manufacturers paid over $9 million in 2018 to settle a qui tam lawsuit alleging that it knowingly sold a defective product to the Department of Defense (DoD). Currently, 3M and its subsidiary, Aearo Technologies, have more than 2,000 lawsuits pending against them. The plaintiffs are those who were on active duty between 2003 and 2015 and suffered damage to their ears because the product did not perform adequately.

### 3M Ear Plugs – a Dubious History

Officially, the product that is the cause of action in recent litigation is known as the **Combat Arms Earplugs Version 2** (CAEv2). The device was originally designed by Aearo Technologies, Inc., which was awarded a DoD contract in 2003. The product featured a unique double-ended design: inserted with the olive green side going into the ear, it was supposed to protect combat personnel against constant, loud noises such as the roar of an aircraft engine or an armored vehicle. Inserted yellow side first, it was intended to offer protection against explosions while allowing personnel to hear voices or detect hostile action.

In 2008, Aearo Technologies was bought out by 3M, which also acquired the contract. Eight years later, a "qui tam," or whistleblower lawsuit was filed, claiming that there was "protracted fraud perpetrated on the military by 3M," as the 3M ear plugs were not **designed to fit properly**. As a result, thousands of combat personnel may have suffered significant hearing loss.

Ultimately, **3M agreed to settle** the case for $9.1 million – but as is usual in such situations, was not obliged to admit any wrongdoing.

### Falsifying Test Data?

Veterans who are currently suing the manufacturers over the 3M ear plugs actually provided false test results in order to meet noise reduction standards demanded by the DoD. One plaintiff says that Aearo Technologies did not even bother to hire an independent lab to test the earplugs in accordance with federal law. Instead, 3M claims to have conducted their own tests, which the plaintiff calls a "sham."

During early tests, according to the **3M lawsuits**, the olive green end of the earplugs performed less than half as well as was required –
and the vellow end actually exacerbated the problem by amplifying

**GET HELP – IT'S FREE**

**JOIN A FREE 3M EAR PLUGS CLASS ACTION LAWSUIT INVESTIGATION**

If you qualify, an attorney will contact you to discuss the details of your potential case at no charge to you.

PLEASE NOTE: If you want to participate in this investigation, it is imperative that you reply to the law firm if they call or email you. Failing to do so may result in you not getting signed up as a client or getting you dropped as a client.

**First Name** *

**Last Name** *

**Street Address** *

**City** *

**State** *

Alabama

**Zip Code** *

**Phone** *

**Email** *

**Are you willing to speak with an attorney about this situation?** *

☐ Yes

☐ No

**What is your preferred form of contact with the attorney?** *

☐ Email

and the y... ... ...are ... ...
sound. In an attempt to correct the problem, Aearo designers rolled back the flanges on either side in order to keep them from coming loose. However, the military was not informed of this, nor were instructions provided with the corrected product.

## Possible Ear Injuries

Loud blasts can lead to damage to the auditory nerve, inner ear, middle ear, eardrums, and other structures. This damage can have a wide range of consequences.

Hearing damage can result in a condition called tinnitus – the medical terminology for ringing in the ears. Some veterans reportedly experience this on a small, intermittent scale while others may deal with significant tinnitus that interferes with their ability to hear.

Hearing loss is also a possibility of blast damage. Some hearing loss is mild and can be reversed with medication or surgery. Some veterans with hearing loss due to damage to the inner ear and auditory nerve cannot be cured but may benefit from using a hearing aid. However, damage from loud noises can also affect the eardrums and middle ear – leading to permanent and irreversible hearing loss.

According to the Department of Veterans Affairs (VA), veterans may be at risk of developing auditory processing disorder if their ears are damaged by blast exposure. Veterans with this disorder may score within normal limits on hearing tests but struggle to understand speech.

The VA notes that hearing loss affects over 28 million Americans. A significant number of these Americans are reportedly veterans. As of 2014, over 933,000 veterans were receiving compensation through disability benefits for hearing loss. Nearly 1.3 million veterans reportedly received disability compensation for tinnitus.

Veterans who have filed lawsuits against 3M claim that the allegedly defective ear plugs may have contributed to their suffering from hearing loss and other hearing-related injuries.

## Holding 3M Accountable

If you are a veteran who suffered hearing loss because of 3M ear plugs, you may be able to recover damages for rehabilitation, hearing aids and/or treatment, decreased quality of life and psychological suffering. Be sure that your attorney has copies of hearing tests, service and VA medical records and any other documentation that may be required in order to prove your case.

Do YOU have a legal claim? **Fill out the form on this page now for a free, immediate, and confidential case evaluation.** The attorneys who work with Top Class Actions will contact you if you qualify to let you know if an individual 3M Ear Plug lawsuit or military hearing loss class action lawsuit is best for you. [In general, 3M Ear Plug lawsuits are filed individually by each plaintiff and are not class actions.] **Hurry — statutes of limitations may apply.**

Phone

**Did you serve in the U.S. military between 2003 and 2015? ***

Yes

No

**Were you issued and did you wear ear plugs at any time during this time period? ***

Yes

No

**Do you suffer from any of the following? Mark all that apply. ***

Partial hearing loss

Total hearing loss

Tinnitus (ringing or other sound in ears)

Other hearing issues (describe below)

**Please include additional details.**

**¿Necesita un orador español?**

Sí

No

**Get Our Newsletter**

We tell you about cash you can claim every week! Subscribe to our free newsletter today.

Yes, sign me up!

**Any information you submit to Top Class Actions may be shared with attorneys or law firms to facilitate formation of an attorney-client relationship. As such, it is intended that the information will be protected by attorney-client privilege, but it is possible that Top Class Actions or such attorneys may be ordered by a court of law to produce such information in certain legal situations. Also, you are not formally represented by a law firm unless and until a contract of representation is signed by you and the law firm. ***

I understand and agree

I'm not a robot

LEARN MORE

SUBMIT

## We tell you about cash you can claim EVERY WEEK! Sign up for our free newsletter.

**Email**

Email

**Country**

United States

SUBSCRIBE

ATTORNEY ADVERTISING

Top Class Actions is a Proud Member of the American Bar Association

LEGAL INFORMATION IS NOT LEGAL ADVICE

Top Class Actions Legal Statement

©2008 - 2020 Top Class Actions® LLC

Various Trademarks held by their respective owners

This website is not intended for viewing or usage by European Union citizens.

Edit This Edit with WPBakery Page Builder



⚡ Start a Class Action

TOP CLASS ACTIONS
CONNECTING CONSUMERS TO SETTLEMENTS, LAWSUITS & ATTORNEYS

 

**TOP CLASS ACTIONS**
CONNECTING CONSUMERS TO SETTLEMENTS, LAWSUITS & ATTORNEYS

Settlements    Investigations    News    •••

# 3M Combat Arms Earplugs Allegedly Defective

FOLLOW ARTICLE   **f** 3   0   1  •••

By KJ McElrath
January 16, 2020



Veterans from across the country claim that 3M combat arms earplugs are ineffective and result in hearing damage.

Army veteran Vashon B. is one of the dozens of North Carolinian veterans taking legal action against 3M. He and other service men and women claim that the 3M military protective gear was defective and its failure caused them to sustain hearing loss and other injuries.

Vashon served for 11 years in the United States Army. His service included one deployment to Afghanistan and three deployments to Iraq.

"Very proud of my service. If I had to, I'd sign up and do it all over again," Vashon told ABC 11.

Although he is proud to have served his country, Vashon reportedly suffered from hearing damage during his training and combat experiences. Medical exams conducted before and after his deployment allegedly showed that he had lost some hearing during his first tour. The issue allegedly got worse with each of his subsequent deployments.

In addition to hearing loss, Vashon reportedly suffers from tinnitus.

## What is Tinnitus?

Tinnitus describes the sensation of having your ears "ring" but can also describe the perception of buzzing, roaring, clicking, hissing, and humming in the ears.

There are two types of tinnitus: subjective and objective. Subjective tinnitus is a sound in the ear that only you can hear. This is often caused by problems in the outer, middle, or inner ear, but may be caused by problems with the nerves and the way the brain processes sounds.

Objective tinnitus is a sound that your doctor can hear when they examine your ear. This is very rare and may be indicative of problems with the blood vessels, middle ear bones, or muscles around the ears.

Although the condition can be annoying, subjective tinnitus is usually not a serious problem. Instead, tinnitus is usually a symptom of another larger condition such as noise-induced hearing loss.

"I began to get frustrated. I've been complaining to my wife that at

### GET HELP – IT'S FREE

### JOIN A FREE 3M EAR PLUGS CLASS ACTION LAWSUIT INVESTIGATION

If you qualify, an attorney will contact you to discuss the details of your potential case at no charge to you.

PLEASE NOTE: If you want to participate in this investigation, it is imperative that you reply to the law firm if they call or email you. Failing to do so may result in you not getting signed up as a client or getting you dropped as a client.

First Name *

Last Name *

Street Address *

City *

State *

Alabama

Zip Code *

Phone *

Email *

Are you willing to speak with an attorney about this situation? *

☐ Yes
☐ No

What is your preferred form of contact with the attorney? *

☐ Email

I begin ... .... night there's constant ringing in my ears," Vashon told ABC 11.

Vashon had assumed that his hearing loss and tinnitus were just a typical experience from his service in the military. However, news of settlements with 3M made him realize that he may have a legal claim due to his use of 3M combat arms earplugs.

## A Defective Design

The 3M Combat Arms Earplugs were originally manufactured and sold to the Defense Department by Aearo Technologies. The device featured a double-ended design; inserted one way, it was supposed to protect the user from loud, sustained noises, such as that generated by aircraft and ground vehicles while in operation. Worn with the other end inserted, it ostensibly provided protection from sudden explosions, i.e., gunfire and explosives, while allowing the user to hear verbal communications and the sound of approaching enemies.

The problem is that the earplugs did not fit properly, and could slip out of place without the user being aware of it.

In 2016, another company, Moldex-Metric Inc., filed a whistleblower lawsuit against 3M, which acquired Aearo Technologies in 2007, under provisions of the False Claims Act. In their complaint, Moldex-Metric claimed that 3M had fraudulently sold earplugs to the DoD that they knew to be defective for over ten years, and failed to disclose the problem.

Ultimately, in 2018 **3M settled the allegations** – but as is usual in such settlements, was not required to admit liability.

## Claims against 3M

In the 3M settlement with the government, reached in July 2018, the company agreed to **pay $9.1 million to resolve claims** that it defrauded the government when it sold 3M combat arms earplugs despite the product's alleged defects.

"The Department of Justice is committed to protecting the men and women serving in the United States military from defective products and fraudulent conduct," said Acting Assistant Attorney General Chad A. Readler of the Department's Civil Division in a statement. "Government contractors who seek to profit at the expense of our military will face appropriate consequences."

The settlement has not prevented former service personnel who have suffered hearing loss from pursing legal action against the company. In February 2019, the *Military Times* reported that several hundred veterans had filed a lawsuit against 3M in a federal court in Texas, alleging that the manufacturer had failed to warn them of the defect and did not furnish adequate instructions on how to use the device.

Soldiers who experienced personal damages such as health costs, hearing aids, medical care, and other claims may be able to take legal action against 3M. **Hundreds of defective earplug lawsuits** have already been filed. These lawsuits often claim that 3M misrepresented how well their combat arms earplugs protect against loud gunfire and explosions.

Phone

**Did you serve in the U.S. military between 2003 and 2015?** *

- Yes
- No

**Were you issued and did you wear ear plugs at any time during this time period?** *

- Yes
- No

**Do you suffer from any of the following? Mark all that apply.** *

- Partial hearing loss
- Total hearing loss
- Tinnitus (ringing or other sound in ears)
- Other hearing issues (describe below)

**Please include additional details.**

**¿Necesita un orador español?**

- Si
- No

**Get Our Newsletter**

We tell you about cash you can claim every week!
Subscribe to our free newsletter today.

- Yes, sign me up!

Any information you submit to Top Class Actions may be shared with attorneys or law firms to facilitate formation of an attorney-client relationship. As such, it is intended that the information will be protected by attorney-client privilege, but it is possible that Top Class Actions or such attorneys may be ordered by a court of law to produce such information in certain legal situations. Also, you are not formally represented by a law firm unless and until a contract of representation is signed by you and the law firm. *

- I understand and agree

I'm not a robot

Do YOU have a legal claim? **Fill out the form on this page now for a free, immediate, and confidential case evaluation.** The attorneys who work with Top Class Actions will contact you if you qualify to let you know if an individual 3M Ear Plug lawsuit or military hearing loss class action lawsuit is best for you. [In general, 3M Ear Plug lawsuits are filed individually by each plaintiff and are not class actions.] **Hurry — statutes of limitations may apply.**

**SUBMIT**

**LEARN MORE**

## We tell you about cash you can claim EVERY WEEK! Sign up for our free newsletter.

**Email**

Email

**Country**

United States

**SUBSCRIBE**

ATTORNEY ADVERTISING

Top Class Actions is a Proud Member of the American Bar Association

LEGAL INFORMATION IS NOT LEGAL ADVICE

Top Class Actions Legal Statement

©2008 - 2020 Top Class Actions® LLC

Various Trademarks held by their respective owners

This website is not intended for viewing or usage by European Union citizens.

Edit This Edit with WPBakery Page Builder

Start a Class Action

**TOP CLASS ACTIONS**
CONNECTING CONSUMERS TO SETTLEMENTS, LAWSUITS & ATTORNEYS

 **TOP CLASS ACTIONS**
CONNECTING CONSUMERS TO SETTLEMENTS, LAWSUITS & ATTORNEYS

Settlements   Investigations   News   •••   🔍   👤

## 3M Earplug Lawsuit Investigation Into Military Hearing Loss, Tinnitus

FOLLOW ARTICLE    f 537    🐦 5    ✉ 115    •••    By Top Class Actions
January 27, 2020

# Who's Affected?



Did you serve in the U.S. military between 2003 and 2015? Do you suffer from hearing loss or tinnitus?

If you are a veteran with hearing loss or tinnitus, you may have been issued defective ear plugs during your military service that caused your hearing problems, making you eligible to seek compensation for your injuries.

Between 2003 and 2015, thousands of U.S. service members received defective military ear plugs manufactured by 3M called Dual-Ended Combat Arms Earplugs.

An investigation by the Justice Department found that the 3M ear plugs were too short for proper insertion into users' ears, putting users at risk for permanent hearing loss, impairment and tinnitus.

In July 2018, Minnesota-based 3M Company agreed to pay $9.1 million to resolve allegations it knowingly sold defective military ear plugs to the government, though the company has admitted no wrongdoing in agreeing to the settlement.

The now-discontinued Dual-Ended Combat Arms Earplugs were standard-issued equipment for Afghanistan and Iraq soldiers serving between 2003 and 2015.

Servicemen and women who were issued 3M Combat Arms Earplugs during this time period may be eligible for significant compensation if they suffered military hearing loss, impairment and/or tinnitus.

Fill out the FREE form on this page now to see if you qualify!

## What is the 3M Combat Arms Earplugs Settlement?

### GET HELP – IT'S FREE

#### Join a Free Military Earplug Lawsuit Investigation

If you qualify, an attorney will contact you to discuss the details of your potential case at no charge to you.

PLEASE NOTE: If you want to participate in this investigation, it is imperative that you reply to the law firm if they call or email you. Failing to do so may result in you not getting signed up as a client or getting you dropped as a client.

E-mail any problems with this form to: Questions@TopClassActions.com.

**First Name** *

**Last Name** *

**Street Address** *

**City** *

**State** *
Alabama

**Zip Code** *

**Phone** *

**Email** *

**Are you willing to speak with an attorney about this situation?** *
☐ Yes
☐ No

**What is your preferred form of contact with the attorney?** *

The Department of Justice in 2018 reached a $9.1 million settlement resolving allegations that 3M violated the False Claims Act by selling or causing defective 3M ear plugs to be sold to the U.S. military.

Specifically, the DoJ alleged that 3M and its predecessor, Aearo Technologies, Inc, knew the Dual-Ended Combat Arms Earplugs Version 2 were too short to be properly inserted into users' ears, allowing them to become loosened without the user knowing, therefore failing to perform proper noise cancellation and failing to provide effective hearing protection.

Dual-Ended Combat Arms Earplugs were originally manufactured by Aearo Technologies, beginning in the 1990s. According to the DoJ, the manufacturer became aware of design flaws in the product as early as 2000. Nonetheless, Aearo was awarded an exclusive contract to supply the military with the earplugs in question; this contract eventually passed to 3M when it took over Aearo in 2008.

The DoJ alleged that 3M did not disclose this design defect to the military when the contract was finalized.

"The Department of Justice is committed to protecting the men and women serving in the United States military from defective products and fraudulent conduct," said Acting Assistant Attorney General Chad A. Readler of the Department's Civil Division. "Government contractors who seek to profit at the expense of our military will face appropriate consequences."

Read more: Which Combat Arms Earplugs Are Defective?

## What is Military Hearing Loss and Tinnitus?

Tinnitus and hearing loss from military service is usually caused by noise exposure during combat and training. Military earplugs are supposed to help protect military members from dangerous levels of sound from gunfire, aircraft, tanks, roadside bombs, heavy equipment, and more.

It is more than just a nuisance—it can have a devastating long-term impact. Those who suffer from tinnitus may be unable to concentrate or sleep due to constant ringing, hissing or buzzing sounds in their ears.

Hearing loss can make it difficult to interact with people and maintain relationships, leading to social isolation and depression.

According to the U.S. Department of Veterans Affairs (VA), more than 2.7 million veterans currently receive military disability benefits for hearing loss or tinnitus, a ringing in the ears.

But the actual number may be higher. The number quoted above only accounts for veterans who have been documented by the VA. There are likely many other veterans with military hearing loss that the VA hasn't documented.

Statistics show that:

- Veterans are 30 percent more likely than non-veterans
- to have severe hearing impairment (CDC).
- Veterans who served after September 2001 are four times more likely to have military hearing loss (CDC).
- As of the close of fiscal year 2014, more than 933,000 Veterans were receiving disability compensation for hearing loss, and nearly 1.3 million received compensation for tinnitus (VA).

Email
Phone

Did you serve in the U.S. military between 2003 and 2015? *

Yes
No

Were you issued and did you wear ear plugs at any time during this time period? *

Yes
No

Do you suffer from any of the following? Mark all that apply. *

Partial hearing loss
Total hearing loss
Tinnitus (ringing or other sound in ears)
Other hearing issues (describe below)

Please include additional details.

¿Necesita un orador español?

Si
No

Get Our Newsletter

We tell you about cash you can claim every week! Subscribe to our free newsletter today.

Yes, sign me up!

Any information you submit to Top Class Actions may be shared with attorneys or law firms to facilitate formation of an attorney-client relationship. As such, it is intended that the information will be protected by attorney-client privilege, but it is possible that Top Class Actions or such attorneys may be ordered by a court of law to produce such information in certain legal situations. Also, you are not formally represented by a law firm unless and until a contract of representation is signed by you and the law firm. *

I understand and agree



## Have 3M Earplug Lawsuits Been Filed?

Hundreds of 3M earplug lawsuits have already been filed by veterans who claim they developed hearing loss or tinnitus even though they wore the earplugs made by 3M.

In April 2019, a multidistrict litigation was created to consolidate 635 military earplug lawsuits filed across 30 federal courts around the country.

## Join a Free 3M Earplug Lawsuit Investigation

If you or a loved one suffered partial or total hearing loss and/or tinnitus after being issued 3M Combat Arms Earplugs between 2003 and 2015 in the U.S. military, you may be entitled to compensation.

Fill out the form on this page now to see if you qualify!

Read more:

What's Wrong with 3M Combat Arms Earplugs?

Veterans Hearing Loss Caused by 3M Earplugs, Lawsuit Claims

Veterans Allege 3M Military Earplugs Caused Significant Hearing Loss

3M Military Earplugs Lawsuits Assigned to Florida Federal Court

**SUBMIT**

After you fill out the form, the attorneys who work with Top Class Actions will contact you if you qualify to let you know if an individual lawsuit or class action lawsuit is best for you.

ATTORNEY ADVERTISING

The choice of a lawyer is an important decision and should not be based solely on advertisements.

Counsel responsible for this advertisement includes Evan Buxner at:

**The Gori Law Firm**

**PAID ATTORNEY ADVERTISEMENT: THIS WEB PAGE IS AN ADVERTISEMENT AND THE PARTICIPATING ATTORNEY(S) ARE INCLUDED BECAUSE THEY PAY AN ADVERTISING FEE.** Top Class Actions is not a law firm, lawyer referral service, or prepaid legal services plan. We do not endorse or recommend any third-party claims processing company, lawyer, or law firm who participates in the network. We do not make any representation, and have not made any judgment, as to the qualifications, expertise, or credentials of any participating lawyer or processing group. No representation is made that the quality of the legal services or claims processing to be performed is greater than the quality of legal services or claims processing performed by other lawyers or claims processing group. The information contained herein is not legal advice. Any information you submit to Top Class Actions does not create an attorney-client relationship and might not be protected by attorney-client privilege. Instead, your information will be forwarded to an attorney or claims processing firm for the purpose of a confidential review and potential representation. You should not use this website to submit confidential, time-sensitive, or privileged information. All photos contained on this website are of models and do not depict clients.

Edit This Edit with WPBakery Page Builder



    **TOP CLASS ACTIONS**
CONNECTING CONSUMERS TO SETTLEMENTS, LAWSUITS & ATTORNEYS

Settlements    Investigations    News    •••        

## 3M Claims to Have Immunity in Military Earplugs Lawsuits

FOLLOW ARTICLE    f 0    🐦 0    ✉ 0    •••    By Sage Datko
January 31, 2020



Several lawsuits filed against 3M by approximately 40 U.S. veterans have been moved from Hennepin County District Court to Minnesota federal court by the request of the company. 3M now argues it is immune from claims that the company sold the military earplugs with a defective design.

### 3M Denies Guilt in Military Earplugs Lawsuits

Reportedly, over 635 lawsuits have been filed against 3M by veterans claiming that the company's military earplugs resulted in hearing loss or hearing problems. The lawsuits that were moved from the district court to the federal court represent nearly 40 veterans who believe they have been injured by 3M's earplugs.

In 2018, the Department of Justice (DOJ) reportedly reached a $9.1 million settlement with 3M to resolve claims that the company violated the False Claims Act by selling the military defective earplugs. According to the DOJ, 3M's military earplugs were too short to be properly inserted into service members' ears. This short design allegedly allowed the earplugs to become loosened without the wearer realizing it. This loosening could potentially lead to service members being exposed to hearing damage without realizing that their hearing protection devices had failed.

According to an investigation by an ABC News affiliate into some lawsuits against 3M, the company may have been aware of this design defect at the time that it signed the contract with the U.S. military in the early 2000s. Some veterans claim that 3M knew about the defect and potential for hearing loss as early as 2000, and continued to produce and sell the earplugs for over a decade despite this knowledge.

Although 3M has not admitted guilt, the company's settlement with the DOJ opened the door for individual service members to file their own lawsuits against the company regarding defective earplugs.

However, 3M has reportedly argued that the company is immune from litigation due to the military's involvement in the development of the earplugs. According to s report by the Star Tribune, 3M claims that the military's involvement in the earplug development exceeded merely establishing standards, and included input on operational features. Due to this collaboration, 3M claims that the company cannot be held accountable for the earplugs' defective design.

### About 3M Military Earplugs

**GET HELP – IT'S FREE**

**JOIN A FREE 3M EAR PLUGS CLASS ACTION LAWSUIT INVESTIGATION**

If you qualify, an attorney will contact you to discuss the details of your potential case at no charge to you.

PLEASE NOTE: If you want to participate in this investigation, it is imperative that you reply to the law firm if they call or email you. Failing to do so may result in you not getting signed up as a client or getting you dropped as a client.

First Name *

Last Name *

Street Address *

City *

State *
Alabama

Zip Code *

Phone *

Email *

Are you willing to speak with an attorney about this situation? *
☐ Yes
☐ No

What is your preferred form of contact with the

Military earplugs produced by 3M were standard issue for U.S. military service members between 2002 and 2015. Thousands of active duty service members received 3M's Dual-Ended Combat Arms Earplugs during this period to protect them from hearing loss caused by artillery, tanks, helicopters, and other aircraft, roadside bombs, heavy equipment, and other potentially damaging noises. These earplugs may have been worn by service members on assignment in Iraq or Afghanistan, or during military training exercises. However, according to veterans who have since sued 3M, these military earplugs may have been defectively designed.

Veterans who believe they have been harmed by 3M earplugs claim to suffer from a variety of injuries, including deafness, hearing loss, and tinnitus, or a constant ringing or buzzing sound in the ears. In addition to the permanent disability caused by hearing loss, victims of hearing damage or tinnitus may also suffer from related conditions that cause pain and suffering including stress, sleeping problems, difficulty concentrating, memory trouble, depression, anxiety, embarrassment, or social isolation.

If you served in the military between 2002 and 2015 and were issued military earplugs, you may have been exposed to potentially damaging noises without your knowledge. Military service members who have suffered from hearing loss or tinnitus due to defective earplugs may be eligible to hire a qualified attorney and file a class action lawsuit against 3M.

Do YOU have a legal claim? **Fill out the form on this page now for a free, immediate, and confidential case evaluation.** The attorneys who work with Top Class Actions will contact you if you qualify to let you know if an individual 3M Ear Plug lawsuit or military hearing loss class action lawsuit is best for you. [In general, 3M Ear Plug lawsuits are filed individually by each plaintiff and are not class actions.] **Hurry — statutes of limitations may apply.**

**LEARN MORE**

## We tell you about cash you can claim EVERY WEEK! Sign up for our free newsletter.

**Email**

Email

**Country** *

United States

**SUBSCRIBE**

ATTORNEY ADVERTISING
Top Class Actions is a Proud Member of the American Bar Association
LEGAL INFORMATION IS NOT LEGAL ADVICE
Top Class Actions Legal Statement
©2008 • 2020 Top Class Actions® LLC

attorney? *

☐ Email

☐ Phone

Did you serve in the U.S. military between 2003 and 2015? *

☐ Yes

☐ No

Were you issued and did you wear ear plugs at any time during this time period? *

☐ Yes

☐ No

Do you suffer from any of the following? Mark all that apply. *

☐ Partial hearing loss

☐ Total hearing loss

☐ Tinnitus (ringing or other sound in ears)

☐ Other hearing issues (describe below)

Please include additional details.

¿Necesita un orador español?

☐ Si

☐ No

Get Our Newsletter

We tell you about cash you can claim every week!

Subscribe to our free newsletter today.

☐ Yes, sign me up!

Any information you submit to Top Class Actions may be shared with attorneys or law firms to facilitate formation of an attorney-client relationship. As such, it is intended that the information will be protected by attorney-client privilege, but it is possible that Top Class Actions or such attorneys may be ordered by a court of law to produce such information in certain legal situations. Also, you are not formally represented by a law firm unless and until a contract of representation is signed by you and the law firm. *

☐ I understand and agree



Various Trademarks held by their respective owners.

This website is not intended for viewing or usage by European Union citizens.

SUBMIT

Edit This Edit with WPBakery Page Builder

HOME     NEWS     SETTLEMENTS     INVESTIGATIONS     ATTORNEYS     SERVICES     FAQ     LEGAL NOTICE     CONTACT US

TOP CLASS ACTIONS
CONNECTING CONSUMERS TO SETTLEMENTS, LAWSUITS & ATTORNEYS

⚡ Start a Class Action

# TOP CLASS ACTIONS
### CONNECTING CONSUMERS TO SETTLEMENTS, LAWSUITS & ATTORNEYS

Settlements    Investigations    News    •••    

## Over 1,000 3M Military Ear Plugs Lawsuits Have Been Filed Alleging A Dangerous Defect

FOLLOW ARTICLE    0    0    0   •••

By Emily Sortor
February 6, 2020



On an almost daily basis, more military service members file lawsuits against 3M claiming that the Minnesota-based company **sold defective ear plugs to the military that failed to protect wearers' ears**. The lawsuits take issue with the Dual Ended Combat Earplugs Version 2 — veterans and the military alike have claimed that the design was defective, and the ear plugs were too short to stay in the wearer's ear. This allegedly put many military members at risk for hearing damage. To date, over 1,000 lawsuits have been filed over the 3M military ear plugs issue.

The first of the defective 3M military ear plugs **lawsuits** was filed against 3M in December of 2018, and many quickly followed suit. The lawsuits came on the heels of a $9.1 million settlement that 3M reached with the military itself.

Of the lawsuits, over 150 were filed in Minnesota, the home state of 3M. Now, many ear plug lawsuits including those from Minnesota are being consolidated into multi-district litigation in the Northern District of Florida. **Task and Purpose explains** that a judge is expected to hear one bellwether case which is part of the MDL, which may set the standard for how others may be treated during litigation. As of January, over 1,000 lawsuits have joined the multi-district litigation.

3M continues to maintain that the earplugs are not defective. Additionally, the company claims that it should not be held liable for the ear plugs. According to the company, the ear plugs were made to specifications set by the military, and were even made with the help of the military.

Though 3M did agree to settle with the military, 3M still maintains that the product was not defective, and did not cause injury. The company also reportedly released a statement saying, "we will vigorously defend ourselves against such allegations."

Many lawsuits claim that 3M knew that the ear plugs were defective, but misrepresented them as safe and effective, and sold them anyway. To support this claim, many of the lawsuits argue that internal documents from Aearo Technologies, the 3M subsidiary that made the ear plugs, indicate that the company was aware that the ear plugs were defective.

The complaints argue that **the ear plugs are too short to fit properly** into the wearer's ears, causing them to loosen and become ineffective. Allegedly, Aearo and 3M were aware that the ear plugs

---



## GET HELP – IT'S FREE

## JOIN A FREE 3M EAR PLUGS CLASS ACTION LAWSUIT INVESTIGATION

If you qualify, an attorney will contact you to discuss the details of your potential case at no charge to you.

PLEASE NOTE: If you want to participate in this investigation, it is imperative that you reply to the law firm if they call or email you. Failing to do so may result in you not getting signed up as a client or getting you dropped as a client.

First Name *

Last Name *

Street Address *

City *

State *

Alabama

Zip Code *

Phone *

Email *

Are you willing to speak with an attorney about this situation? *

☐ Yes

☐ No

could loosen, and were aware that the earplugs were not long enough to be effective.

Task and Purpose goes on to explain that the **Dual Ended Combat Earplugs Version 2** have two sides. One side is designed to block out all noise, and if the ear plug is flipped around and inserted into the ear from the other side, the second side blocks out dangerous noise while allowing service members to still hear some sounds, like communications from other service members.

Military Times explains that **the ear plugs were sold to the military until they were discontinued in 2015**. However, they were allegedly not recalled, and may still be in use by service members.

In their write-up on the 3M military ear plugs controversy, CBS explains that veterans claimed that **the earplugs caused hearing loss** as well as **tinnitus**, a painful ringing in the ears that has no cure.

Do YOU have a legal claim? **Fill out the form on this page now for a free, immediate, and confidential case evaluation.** The attorneys who work with Top Class Actions will contact you if you qualify to let you know if an individual 3M Ear Plug lawsuit or military hearing loss class action lawsuit is best for you. [In general, 3M Ear Plug lawsuits are filed individually by each plaintiff and are not class actions.] **Hurry — statutes of limitations may apply.**

**LEARN MORE**

## We tell you about cash you can claim EVERY WEEK! Sign up for our free newsletter.

**Email**

Email

**Country**

United States

**SUBSCRIBE**

ATTORNEY ADVERTISING

Top Class Actions is a Proud Member of the American Bar Association

LEGAL INFORMATION IS NOT LEGAL ADVICE

Top Class Actions Legal Statement

©2008 - 2020 Top Class Actions® LLC

Various Trademarks held by their respective owners

This website is not intended for viewing or usage by European Union citizens.

---

**What is your preferred form of contact with the attorney? ***

- [ ] Email
- [ ] Phone

**Did you serve in the U.S. military between 2003 and 2015? ***

- [ ] Yes
- [ ] No

**Were you issued and did you wear ear plugs at any time during this time period? ***

- [ ] Yes
- [ ] No

**Do you suffer from any of the following? Mark all that apply. ***

- [ ] Partial hearing loss
- [ ] Total hearing loss
- [ ] Tinnitus (ringing or other sound in ears)
- [ ] Other hearing issues (describe below)

**Please include additional details.**

**¿Necesita un orador español?**

- [ ] Sí
- [ ] No

**Get Our Newsletter**

We tell you about cash you can claim every week! Subscribe to our free newsletter today.

- [ ] Yes, sign me up!

**Any information you submit to Top Class Actions may be shared with attorneys or law firms to facilitate formation of an attorney-client relationship. As such, it is intended that the information will be protected by attorney-client privilege, but it is possible that Top Class Actions or such attorneys may be ordered by a court of law to produce such information in certain legal situations. Also, you are not formally represented by a law firm unless and until a contract of representation is signed by you and the law firm. ***

- [ ] I understand and agree



Edit This Edit with WPBakery Page Builder