Amy M. Wilkins (SBN 022762)
Laura C. Brosh (SBN 031486)
THE WILKINS LAW FIRM, PLLC
3300 N. Central Ave., Ste. 2600
Phoenix, AZ  85012
Tel:  602-795-0789
awilkins@wilkinslaw.net
lbrosh@wilkinslaw.net

Attorneys for Top Class Action

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: 3M Combat Arms Earplug Liability Litigation<br><br>Case No. 3:19-md-02885-MCR-GRJ<br><br>Northern District of Florida Pensacola Division | Case No. 2:20-MC-00031-MTL<br><br>**JOINT NOTICE REGARDING IN CAMERA REVIEW**<br><br>**(Hon. Michael T. Liburdi)** |

Pursuant to this Court's August 5, 2020 Order (Doc. 15), the parties, Top Class Actions, LLC, and 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC ("3M")  hereby provide notice that Top Class Actions will not be providing any documents to the Court for in camera review.

RESPECTFULLY SUBMITTED this 10th day of August, 2020.

THE WILKINS LAW FIRM, PLLC

By: /s/ Amy M. Wilkins
Amy M. Wilkins
Laura Brosh
3300 N. Central Ave., Ste. 2600
Phoenix, AZ  85012
Phone:  602-795-0789

awilkins@wilkinslaw.net
lbrosh@wilkinslaw.net

*Attorneys for Top Class Action*

KIRKLAND & ELLIS LLP

By: /s/ Tabitha J. De Paulo
Tabitha J. De Paulo
609 Main Street Houston, TX 770022
tabitha.depaulo@kirkland.com

*Attorney for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holding, LLC Aearo Intermediate, LLC, and Aearo, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2020, I electronically transmitted the foregoing document to the Clerk of the U.S. District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case.

By /s/ Cheryl Hays
Cheryl Hays