Amy M. Wilkins (SBN 022762)
Laura C. Brosh (SBN 031486)
THE WILKINS LAW FIRM, PLLC
3300 N. Central Ave., Ste. 2600
Phoenix, AZ 85012
Tel: 602-795-0789
awilkins@wilkinslaw.net
lbrosh@wilkinslaw.net

Attorneys for Top Class Action

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 3M Company *et al.*<br><br>　　　Plaintiffs,<br><br>vs.<br><br>Top Class Actions, LLC,<br><br>　　　Defendant.<br>―――――――――――――――<br>In Re: 3M Combat Arms Earplug Liability Litigation<br><br>Case No. 3:19-md-02885-MCR-GRJ<br><br>Northern District of Florida Pensacola Division | Case No. 2:20-MC-00031-MTL<br><br>**STIPULATED MOTION TO CONTINUE HEARING RE MOTION TO COMPEL**<br><br>**(Hon. Michael T. Liburdi)** |

　　　The parties, Top Class Actions, LLC, and 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holding, LLC, Aearo Intermediate, LLC, and Aearo, LLC ("3M") respectfully stipulate and move this Court to continue the hearing currently set for August 26, 2020 to a date suitable for the Court and counsel for the parties. Counsel makes this request because counsel for 3M (who agreed to move the hearing from August 13, 2020 to accommodate TCA's counsel) has a conflict on August 26, 2020. Counsel have conferred and have the following availability:

August 24, 2020, anytime in the afternoon

August 27, 2020, anytime in the afternoon

September 3, 2020, any time

This motion is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Court continue the hearing currently set for August 26, 2020, at 10:00 a.m., to a date and time listed above. A proposed order is being submitted along with this motion.

RESPECTFULLY SUBMITTED this 14th day of August, 2020.

    THE WILKINS LAW FIRM, PLLC

    By: /s/ Laura C. Brosh
        Amy M. Wilkins
        Laura Brosh
        3300 N. Central Ave., Ste. 2600
        Phoenix, AZ 85012
        Phone: 602-795-0789
        awilkins@wilkinslaw.net
        lbrosh@wilkinslaw.net

    *Attorneys for Top Class Action*

    KIRKLAND & ELLIS LLP

    By: /s/ Tabitha J. De Paulo
    Tabitha J. De Paulo
    609 Main Street
    Houston, TX 770022
    Tel.: (713) 836-3600
    tabitha.depaulo@kirkland.com

    *Attorney for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies, LLC, Aearo Holding, LLC Aearo Intermediate, LLC, and Aearo, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, I electronically transmitted the foregoing document to the Clerk of the U.S. District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case.

By /s/ Cheryl Hays
Cheryl Hays