**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 3M Company, et al., | No. MC-20-00031-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Top Class Actions LLC, | |
| Defendant. | |

In the pending Motion to Compel, 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate, LLC and Aearo, LLC ("3M") request an order pursuant to Federal Rule of Civil Procedure 45 compelling Top Class Actions ("TCA") to produce documents and information requested in 3M's *subpoena duces tecum* (the "Subpoena"). (Doc. 1 at 1.) The Subpoena arises out of multidistrict litigation pending in the United States District Court for the Northern District of Florida, *In re 3M Combat Arms Earplug Prod. Liab. Litig.*, No. 3:19-MD-2885 ("MDL 2885"). TCA is not a party to MDL 2885. In addition to other objections, TCA asserts that the information and documents requested in the Subpoena are protected under the attorney-client privilege and attorney work-product privilege. (Doc. 10 at 1).

The parties do not discuss whether TCA has standing to assert the attorney-client or the work-product privileges. "[T]he attorney-client privilege is personal and can only be asserted by the holder of the privilege, which is the client." *Avago Techs. Gen. IP Pte. Ltd. v. Elan Microelectronics Corp.*, No. C04-05385RMWHRL, 2007 WL 841785, at *2 (N.D.

Cal. Mar. 20, 2007).  Under the work-product doctrine, either the attorney or the client may invoke the privilege.  *In re Sealed Case*, 676 F.2d 793, 811 (D.C. Cir. 1982) (citing *Hickman v. Taylor*, 329 U.S. 495, 67 (1947)).

Accordingly,

**IT IS ORDERED** that 3M and TCA shall file supplemental briefs no later than **10:00 a.m. (Arizona time) on August 24, 2020**, addressing whether TCA has standing to raise the attorney-client or the work-product privileges.  There shall be no reply.  The briefs shall be no longer than seven (7) pages each.

Dated this 19th day of August, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

- 2 -